## UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov



RECEIVED
BY MAIL
AUG 0 1 2005
U.S. DISTRICT COURT
EASTERN DIST.

July 27, 2005

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Re: MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation

(See Attached Schedule of Order)

Dear Mr. Kunz:

I am enclosing a certified copy and additional copies of a conditional remand order filed on July 11, 2005. The order was entered pursuant to 28 U.S.C. § 1407(a) which provides that "[E]ach action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred...."

Savage v. Wyeth, et al                                                                                                 Doc. 52

Please note that transmittal of the order was stayed fifteen (15) days to give any party opposing remand an opportunity to file such opposition. The fifteen-day period has now elapsed, no opposition has been received, and the order is being sent to you for filing.

Pursuant to Rule 7.6(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 438 (2001), parties are to furnish you with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to enable you to comply with the remand order.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Enclosures

cc:   Transferee Judge: Judge Harvey Bartle III
      Transferor Clerks: Edward J. Klecker; James Woodward; Luther D. Thomas; Markus B. Zimmer;
                         Richard Sletten; Robert D. Dennis

JPML Form 41

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 1 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1203

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions listed on the attached schedule assigned to it have been completed and that remand of the actions to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions listed on the attached schedule be remanded to their respective transferor courts.

IT IS ALSO ORDERED that pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001), the transmittal of this order to the transferee clerk for filing shall be stayed fifteen days from the date of this order and if any party files a Notice of Opposition with the Clerk of the Panel within this fifteen-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), R.P.J.P.M.L., and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded and furnish said Clerk all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 2 7 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE FOR CONDITIONAL REMAND ORDER
## DOCKET NO. 1203
## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE)
## PRODUCTS LIABILITY LITIGATION

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 03-20258 | GAN | 1 | 02-1368 | Daniel Johnson, et al. v. Wyeth Corp., et al. |
| PAE | 2 | 03-20221 | MN | 0 | 03-2629 | Barbara Angel v. Wyeth, et al. |
| PAE | 2 | 03-20356 | MN | 0 | 03-3350 | Joanne Leseman v. Wyeth |
| PAE | 2 | 03-20175 | MOE | 4 | 02-1824 ERW | Corrina Pace v. American Home Products Corp., et al. |
| PAE | 2 | 03-20176 | MOE | 4 | 02-1825 ERW | Patricia Lancos v. American Home Products Corp., et al. |
| PAE | 2 | 03-20181 | MOE | 4 | 02-1830 ERW | Virginia Cavender v. American Home Products Corp., et al. |
| PAE | 2 | 03-20184 | MOE | 4 | 02-1833 ERW | Lisa Dean v. American Home Products Corp., et al. |
| PAE | 2 | 03-20185 | MOE | 4 | 02-1834 ERW | Charlette Click v. American Home Products Corp., et al. |
| PAE | 2 | 03-20309 | MOE | 4 | 02-1835 ERW | Ember Madsen v. American Home Products Corp., et al. |
| PAE | 2 | 03-20253 | MOE | 4 | 03-531 UNA | Sandra Stittum v. Wyeth, et al. |
| PAE | 2 | 03-20362 | MOE | 4 | 03-532 CAS | Carolyn Ross v. Wyeth, et al. |
| PAE | 2 | 03-20254 | MOE | 4 | 03-533 RWS | Hazel Savage v. Wyeth, et al. |
| PAE | 2 | 03-20193 | ND | 3 | 03-34 | Coralyn Johnson, et al. v. American Home Products Corp., et al. |
| PAE | 2 | 03-20099 | OKW | 5 | 02-1119 | Sharon Marie McKee v. Wyeth, et al. |
| PAE | 2 | 03-20104 | UT | 2 | 03-5 | Camille Kay Stansfield v. A.H. Robins Co., Inc., et al. |
| PAE | 2 | 03-20106 | UT | 2 | 03-8 | Darron Isobe v. A.H. Robins Co., Inc., et al. |
| PAE | 2 | 03-20108 | UT | 2 | 03-10 | Allan Butterfield v. A.H. Robins Co., Inc., et al. |
| PAE | 2 | 03-20109 | UT | 2 | 03-11 | Dee Lamar Davis v. A.H. Robins Co., Inc., et al. |
| PAE | 2 | 03-20111 | UT | 2 | 03-25 | Pam Rauhala v. A.H. Robins Co., et al. |
| PAE | 2 | 03-20263 | UT | 2 | 03-388 | Amber Baker v. Wyeth, et al. |
| PAE | 2 | 03-20366 | UT | 2 | 03-519 | Carol Jensen v. Wyeth, et al. |





RECEIVED BY MAIL
AUG 0 1 2005
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

James Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004
─────────
OFFICIAL BUSINESS