UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HAZEL SAVAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:03CV533 RWS |
| | ) | |
| WYETH, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

**IT IS HEREBY ORDERED** that a status conference will be held on **August 15, 2005, at 10:00 a.m.** in the chambers of the undersigned.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of August, 2005.